UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANKLIN BAY GENERAL
CONTRACTORS, INC.,
a Florida corporation,

    Plaintiff,

vs.                              Case No.: 8:09-cv-00236-T-17-TBM

CREATED EQUAL COMMUNITIES, LLC,
a Delaware limited liability
corporation,

    Defendant.
_____/

**DEFAULT FINAL JUDGMENT IN FAVOR OF
FRANKLIN BAY GENERAL CONTRACTORS, INC.**

THIS CAUSE having come to be heard before the Court upon Plaintiff Franklin Bay General Contractors, Inc.'s Motion for Default Final Judgment Against Defendant Created Equal Communities, Inc. and this Court, having considered the Motion, the supporting affidavit filed by Plaintiff Franklin Bay General Contractors, Inc. ("Plaintiff"), and having reviewed the file, hereby finds that there is no genuine issue as to any material fact and that Plaintiff is entitled to final judgment in its favor based on the default of Defendant Created Equal Communities, Inc. ("Defendant"), as a matter of law. Therefore, it is ORDERED AND ADJUDGED that:

RM:2218077:1

1.       Plaintiff's Motion for Default Final Judgment is hereby GRANTED.

2.       Plaintiff, Franklin Bay General Contractors, Inc., a Florida Corporation, FEIN number 59-3649750, with an address of 4407 Vineland Road, Suite D-11, Orlando, Florida 32811, shall recover from Defendant, Created Equal Communities, LLC, a Delaware Limited Liability Corporation, with a principal address of 151 Summer Street, Somerville, Massachusetts, 02143, and a registered agent address of c/o Angell Corporate Services Inc., One N. Clematis Street, Suite 400, West Palm Beach, Florida, 33401, the following sums:

| | |
|---|---|
| Unpaid charges for services<br>Less payments of $15,000.00 | $ 138,102.00 |
| Interest at 8% from February 1, 2009<br>to March 24, 2009<br>80 days at (.0002192 or $30.27 per diem) | $ 2,391.33 |
| Total: | $ 140,493.33 |

which shall bear interest from the date of the judgment at the rate of eight percent (8%) per annum initially (.0002192 per diem) and thereafter as provided by Section 55.03, Florida Statutes, for which sums let execution issue forthwith.

3. The Court retains jurisdiction over this matter for the purpose of making any and all further orders which are necessary and appropriate. The Clerk of Court shall up entry of the judgment close this case and terminate any pending motions.

DONE and ORDERED in Chambers in Tampa, Florida this 1st day of April, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record

RM:2218077:1